Joanne T. Blackburn, WSBA No. 21541
Natalia Smirnova, WSBA No. 55110
821 Kirkland Ave., Suite 200
Kirkland, WA 98033
Telephone: 425.646.2956
Facsimile: 425.462.4995

jblackburn@gillaspyrhode.com

nsmirnova@gillaspyrhode.com
*Counsel for Philadelphia Indemnity Insurance Company*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MENTOR HOUSE fka GATEWAYS FOR YOUTH & FAMILIES, a Washington non-profit corporation; J.S., an individual; A.N., an individual; J.J., an individual; J.P., an individual; J.L., an individual; B.F., an individual, L.L., an individual; K.L., an individual; C.S. an individual; G.C., an individual; R.D., an individual; J.H., an individual; S.P., an individual; H.R., an individual; J.J., an individual; G.C., an individual; R.P., an individual; J.G., an individual; S.B., an individual; T.C., an individual; J.C., an individual; M.M., an individual; R.W., an individual; M.S., an individual; J.H.-2 an individual; M.K. an individual; J.L.-2, an individual; E.J., an individual; John Does 1-8; and Jane Does 1-8<br><br>Defendants. | NO. 3:22-cv-05041<br><br>STIPULATION AND ORDER FOR ENTRY OF DECLARATORY JUDGMENT AND FOR DISMISSAL OF PHILADELPHIA INDEMNITY INSURANCE COMPANY<br><br>NOTE ON MOTION CALENDAR:<br>July 18, 2022 |

STIPULATION AND ORDER FOR ENTRY OF
DECLARATORY JUDGMENT AND FOR DISMISSAL OF
PHILADELPHIA INDEMNITY INSURANCE COMPANY-
1

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956 Fax (425) 462-4995

This Stipulation for Entry of Declaratory Judgment and for dismissal of Philadelphia Indemnity Insurance Company ("Stipulation") is entered into by and between Philadelphia Indemnity Insurance Company ("Philadelphia") and the Defendants (collectively "The Parties") named in this lawsuit.

The Parties enter into this Stipulation with reference to and in acknowledgment of the following facts:

Seven lawsuits were filed by J.S., A.N., J.J., J.P., J.L., B.F., L.L., K.L., C.S., G.C., R.D., J.H., S.P., H.R., J.J., G.C., R.P., J.G., S.B., T.C., J.C., M.M., R.W., M.S., J.H.-2, M.K., J.L.-2, and E.J. (hereinafter "Claimants") in the corresponding lawsuits where they alleged that they were sexually assaulted by residents and/or employees of Mentor House fka Gateways for Youth & Families ("Gateways"). The Lawsuits were filed before the Superior Courts of the State of Washington for Pierce County and Thurston County. Philadelphia is presently providing defense to Gateways in relation to these lawsuits.

Recently, some of the Claimants have made a $3,000,000.00 insurance policy limits demand upon Philadelphia. The demand is based upon the general liability policy issued by Philadelphia, Policy No. PHPK691150, effective dates March 1, 2011 to March 1, 2012 and upon the Excess Policy No. PHUB337933 issued by Philadelphia, effective dates March 1, 2011 to March 1, 2012. The Aggregate Limit on these two Policies is $3,000,000. However, Philadelphia has already paid $212,500 from the Aggregate Limit. The Remaining available Insurance Proceeds equal to $2,787,500.

Philadelphia claims no beneficial interest in those Remaining Insurance Proceeds and has stipulated to depositing them into the Registry of the Court.

Based on the facts outlined above, the Parties agree as follows:

STIPULATION AND ORDER FOR ENTRY OF DECLARATORY JUDGMENT AND FOR DISMISSAL OF PHILADELPHIA INDEMNITY INSURANCE COMPANY- 2

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956 Fax (425) 462-4995

1. That the maximum insurance policy limit to which all Claimants including Jane and John Does can be entitled under the two Philadelphia Policies (both Primary and Excess) is limited to $2,787,500 pursuant to declaration of Laurie Cacciari dated March 31, 2022 and declaration of Myron Polivka dated April 11, 2022.

2. That Philadelphia's duty to defend and indemnify under the two policies ends because the limit of liability for the coverage under the two Philadelphia Policies (both Primary and Excess) will be exhausted upon Philadelphia's payment of the Insurance Proceeds in the amount of $2,787,500 into the Registry of the Court which Philadelphia agreed to do per Parties' stipulated motion dated July 1, 2022 (Dkt. 31) which is a condition precedent to the effect of this stipulation.

3. That the Court should discharge Philadelphia from all liability under the policies and enjoin Claimants including Jane and John Does from pursuing any actions against Philadelphia related to the policies and their proceeds related to Mentor House fka Gateways for Youth & Families. This Stipulation pertains to Philadelphia only and shall not enjoin Claimants including Jane and John Does or any other person represented by the undersigned, from pursuing and/or asserting other claims related to Mentor House fka Gateways for Youth & Families against other Gateways' insurance carriers which is a condition precedent to the effect of this stipulation.

///

///

///

STIPULATION AND ORDER FOR ENTRY OF DECLARATORY JUDGMENT AND FOR DISMISSAL OF PHILADELPHIA INDEMNITY INSURANCE COMPANY- 3

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956 Fax (425) 462-4995

| | |
|---|---|
| **GILLASPY & RHODE, PLLC** | **PFAU COCHRAN VERTETIS AMALA PLLC** |
| */s/* [signature] | */s/ Kevin M. Hastings* |
| Joanne T. Blackburn, WSBA No. 21541 | DaTell L. Cochran, WSBA No. 22851 |
| jblackburn@gillaspyrhode.com | danell@pcvalaw.com |
| Natalia Smirnova, WSBA No. 55110 | Kevin M. Hastings, WSBA No. 42316 |
| nsmirnova@gillaspyrhode.com | kevin@pcvalaw.com |
| 821 Kirkland Ave., Suite 200 | Bridget T. Grots |
| Kirkland, WA 98033 | bgrotz@pcvalaw.com |
| *Attorneys for Plaintiff Philadelphia Indemnity Insurance Company* | 3600 15th Ave W Ste 300 |
| | Seattle, WA 98119 |
| | *Attorneys for Defendants J.S., A.N., J.J., J.P., J.L., B.F., L.L., K.L., C.S., G.C., R.D., J.H., S.P., H.R., J.J., G.C., R.P., J.G., S.B., T.C., J.C., J.H.-2, M.K., J.L.-2, and E.J.* |
| **LAW OFFICE OF FRED DIAMONDSTONE** | **KAHRS LAW FIRM P.S.** |
| */s/ Fred Diamondstone* | */s/ Kevin M Hastings on behalf of Michael Kahrs* |
| Fred Diamondstone, WSBA 7138 | Michael Kahrs, WSBA No. 27085 |
| fred@freddiamondstone.com | ffloyd@floyd-ringer.com |
| 2311 N. 45tth St, # 204 | 2208 NW Market St., #414 |
| Seattle WA 98103 | Seattle, WA 98107 |
| *Attorney for Defendants B.F., K.L., L.L., and CS.* | *Attorney for Defendants B.F., K.L., L.L., C.S., J.L., G.C., R.P., and J.S.* |
| **CONNELLY LAW OFFICES** | **MENTOR HOUSE fka GATEWAYS FOR YOUTH & FAMILIES** |
| */s/ Marta L. O'Brien* | */s/ Eric Byers* |
| Lincoln C. Beamegard, WSBA No. 32878 | Eric Byers |
| lincolnb@connelly-law.com | *On behalf of Mentor House fka Gateways for Youth & Families* |
| Maita L. O'Brien, WSBA No. 46416 | |
| mobrien@connelly-law.com | |
| 2301 N 30th St | |
| Tacoma, WA 98403 | |
| *Attorneys for Defendants R.W and M.S.* | |

STIPULATION AND ORDER FOR ENTRY OF DECLARATORY JUDGMENT AND FOR DISMISSAL OF PHILADELPHIA INDEMNITY INSURANCE COMPANY - 4

GILLASPY & RHODE, PLLC
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956 Fax (425) 462-4995

## **ORDER OF THE COURT**

Good cause having been demonstrated to the satisfaction of the Court, the foregoing is hereby confirmed as an Order of the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 21st day of July, 2022.

_____
David G. Estudillo
United States District Judge

STIPULATION AND ORDER FOR ENTRY OF DECLARATORY JUDGMENT AND FOR DISMISSAL OF PHILADELPHIA INDEMNITY INSURANCE COMPANY- 5

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956 Fax (425) 462-4995

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date below, I served the foregoing on the following individuals by electronic means through the Court's CM/ECF system and via email as referenced below:

| | |
|---|---|
| Eric Byers<br>3501 104th Street E.<br>Tacoma, WA 98446<br>ericbyers52@gmail.com | [ ] Via Facsimile<br>[ ] Via First Class Mail<br>[ ] Via Messenger<br>[x] Via Email<br>[ ] Via CM/ECF Electronic Notice |
| Darrell L. Cochran<br>Kevin Michael Hastings<br>Bridget T. Grots<br>Pfau Cochran Vertetis Amala PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>kevin@pcvalaw.com<br>darrell@pcvalaw.com<br>bgrotz@pcvalaw.com<br>*Counsel for J.S., A.N., J.J., J.P., J.L., B.F., L.L., K.L., C.S. G.C., R.D., J.H., S.P., H.R., J.J., G.C., R.P., J.G., S.B., T.C., J.C., M.M., J. H - 2, E. J., M. K., J. L.-2* | [ ] Via Facsimile<br>[ ] Via First Class Mail<br>[ ] Via Messenger<br>[ ] Via Email<br>[x] Via CM/ECF Electronic Notice |
| Fred Diamondstone<br>Law Office of Fred Diamondstone<br>2311 N. 45tth St, Suite 204<br>Seattle WA 98103<br>fred@freddiamondstone.com<br>*Counsel for B.F., K.L., L.L. and C.S.* | [ ] Via Facsimile<br>[ ] Via First Class Mail<br>[ ] Via Messenger<br>[ ] Via Email<br>[x] Via CM/ECF Electronic Notice |
| Michael Kahrs<br>Kahrs Law Firm, P.S.<br>2208 NW Market St., Suite 414<br>Seattle, WA 98107<br>mike@kahrslawfirm.com<br>*Counsel for B.F., K.L., L.L., C.S., J.L., G.C., R.P., and J.S.* | [ ] Via Facsimile<br>[ ] Via First Class Mail<br>[ ] Via Messenger<br>[ ] Via Email<br>[x] Via CM/ECF Electronic Notice |

STIPULATION AND ORDER FOR ENTRY OF DECLARATORY JUDGMENT AND FOR DISMISSAL OF PHILADELPHIA INDEMNITY INSURANCE COMPANY- 6

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956 Fax (425) 462-4995

| | | |
|---|---|---|
| 1 | Lincoln C. Beauregard | [ ] Via Facsimile |
| | Marta L. O'Brien | [ ] Via First Class Mail |
| 2 | Connelly Law Offices | [ ] Via Messenger |
| | 2301 N 30th St | [ ] Via Email |
| 3 | Tacoma, WA 98403 | [x] Via CM/ECF Electronic Notice |
| | lincolnb@connelly-law.com | |
| 4 | mobrien@connelly-law.com | |
| 5 | *Counsel for R.W. and M.S.* | |

Dated this 18th day of July 2022.

                      */s/ Rebecca SaeChao*
                      Rebecca SaeChao

STIPULATION AND ORDER FOR ENTRY OF DECLARATORY JUDGMENT AND FOR DISMISSAL OF PHILADELPHIA INDEMNITY INSURANCE COMPANY- 7

**GILLASPY & RHODE, PLLC**
821 Kirkland Avenue, Suite 200
Kirkland, Washington 98033
Phone (425) 646-2956 Fax (425) 462-4995