# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

        Plaintiff,

vs.

GATEWAYS FOR YOUTH & FAMILIES fka MENTOR HOUSE, a Washington non-profit corporation; J.S., an individual; A.N., an individual; J.J., an individual; J.P., an individual; J.L., an individual; B.F., an individual; L.L., an individual; K.L., an individual; C.S., an individual; G.C., an individual; R.D., an individual; J.H., an individual; S.P., an individual; H.R., an individual; J.J., an individual; G.C., an individual; R.P., an individual; J.G., an individual; S.B., an individual; T.C., an individual; J.C., an individual; M.M., an individual; R.W., an individual; M.S., an individual; J.H.-2, an individual; M.K., an individual; J.L.-2, an individual; E.J., an individual; John Does 1-8 and Jane Does 1-8,

        Defendants.

No. 3:22-cv-05041-DGE

**ORDER GRANTING STIPULATED MOTION FOR RELEASE OF SETTLEMENT FUNDS**

      **THIS MATTER** came before the Court on Stipulated Motion for Release of Settlement Funds. The Court having considered the following:

      1. Stipulated Motion for Release of Settlement Funds

ORDER GRANTING STIPULATED MOTION FOR RELEASE OF SETTLEMENT FUNDS

No. 3:22-cv-05041| Page 1

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

2. The existing record and file in this case.

Finding itself fully appraised of the matters raised, and the Court having reviewed the Court file, it is hereby:

**ORDERED ADJUDGED AND DECREED** that Stipulated Motion for Release of Settlement Funds is **GRANTED.**

The clerk is authorized and directed to draw a checks on the funds deposited in the registry of this court in the principal amount of $2,787,500, plus all accrued interest, payable to (1) Pfau Cochran Vertetis Amala f/b/o Mentor House Plaintiffs, and (2) Connelly Law f/b/o Mentor House Plaintiffs.

The portion of principal due to Pfau Cochran Vertetis Amala is $2,608,876.00. The portion of interest due to Pfau Cochran Vertetis Amala is 93 percent of the total interest accrued.

The portion of principal due to Connelly Law is $178,624.00. The portion of interest due to Connelly Law is 7 percent of the total interest accrued.

The Clerk is directed to close the case.

SIGNED this 3rd day of October 2022.

_____
David G. Estudillo
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR
RELEASE OF SETTLEMENT FUNDS

No. 3:22-cv-05041| Page 2



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654